IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JEVANTAE T. JESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-016 |
| | ) | |
| DR. AYODELE AYEDUN; ANTOINE CALDWELL, Warden; and BRIAN CHAMBERS, Warden, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In a Report and Recommendation issued on June 27, 2022, the Magistrate Judge recommended the complaint be dismissed for failure to state a claim upon which relief may be granted. (See doc. no. 8.) In a twenty-eight-page objection to the Report and Recommendation, Plaintiff requested leave to amend his complaint. (Doc. no. 14.) On September 8, 2022, the Magistrate Judge granted Plaintiff's request but ordered his amended complaint "must not exceed six handwritten pages attached to the standard form." (Doc. no. 15, p. 2.) The Magistrate Judge further warned Plaintiff if his amended complaint did not comply with the terms of the Order, "the Court will not accept it, and will instead submit the original complaint to the presiding District Judge." (Id. at 4.) When Plaintiff moved to extend the page limit, the Magistrate Judge denied the motion and reminded Plaintiff an amended complaint exceeding the six handwritten page limit would not be accepted. (Doc. nos. 16, 18.) Plaintiff filed his amended complaint on November 3, 2022, and included with the standard

complaint form forty-six handwritten pages, including a thirty-page fact section. (Doc. no. 19, pp. 12-58.) Plaintiff was twice warned of the consequences of filing a noncompliant amended complaint, and Plaintiff's defiance of court orders will not be tolerated. The Court does not accept Plaintiff's amended complaint and will review Plaintiff's initial complaint and the Magistrate Judge's Report and Recommendation in accordance with the September 8th Order.

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed, (doc. no. 14). For the reasons stated above, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 7th day of November, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE