AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JEVANTAE T. JESTER

   Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV322-16

DR. AYODELE AYEDYN; WARDEN ANTOINE
CALDWELL; WARDEN BRIAN CHAMBERS,

   Defendants,

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated November 7, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's complaint for failure to state a claim upon which relief may be granted. This action stands closed.



November 7, 2022

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020